IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00087-MR-WCM

| | | |
|---|---|---|
| SHELLEY BRIDGES; | ) | |
| LISA BLAKEMORE; and | ) | |
| TERESA LUKASZEWICZ; | ) | |
| *individually and on behalf* | ) | |
| *of all others similarly situated*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | ORDER |
| | ) | |
| RAYCEN RAINES; | ) | |
| WAKPAMNI LAKE | ) | |
| COMMUNITY CORPORATION; | ) | |
| WLCC II D/B/A ARROWHEAD ADVANCE; | ) | |
| WLCC LENDING BGL | ) | |
| d/b/a BISON GREEN LENDING; | ) | |
| WLCC LENDING JEM | ) | |
| d/b/a EXPLORE CREDIT; | ) | |
| WLCC LENDING FDL | ) | |
| d/b/a FAST DAY LOANS; | ) | |
| WLCC LENDING FDL | ) | |
| d/b/a FIRST DAY LOAN; and | ) | |
| JOHN DOES NOS. 1-40, | ) | |
| | ) | |
| Defendants. | ) | |

_____

This matter is before the Court on a Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 4) filed by Jeffrey Osterwise. The Motion indicates that Mr. Osterwise, a member in good standing of the Bar of this Court, is local counsel for Plaintiffs and that he seeks the admission of Marika K. O'Connor Grant, who the Motion represents as being a member in good standing of the Bar of

1

California. It further appears that the requisite admission fee has been paid.

The Motion indicates that counsel has not conferred with counsel for Defendants regarding the Motion because Defendants have not yet appeared.

Seeing no facial defect in the Motion, the undersigned will grant the request. Any Defendant may, however, request that the admission of Marika K. O'Connor Grant be reconsidered, after that Defendant has appeared in this matter. Any such request for reconsideration should be supported by specific objections.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 4) is **GRANTED**, and Marika K. O'Connor Grant is **ADMITTED** to practice *pro hac vice* before the Court in this matter while associated with local counsel.

2. This ruling is **WITHOUT PREJUDICE** to any Defendant's right to challenge this admission, provided that any such motion is filed within **seven (7) days** of that Defendant's appearance in this matter and is appropriately supported.

Signed: April 4, 2024

W. Carleton Metcalf
United States Magistrate Judge