IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| Shelley Bridges, Lisa Blakemore, *and* Teresa Lukaszewicz, *individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> Raycen Raines, Wakpamni Lake Community Corporation, WLCC II d/b/a Arrowhead Advance, WLCC Lending BGL d/b/a Bison Green Lending, WLCC Lending JEM d/b/a Explore Credit, WLCC Lending FDL d/b/a Fast Day Loans, WLCC Lending FDL d/b/a First Day Loan, *and* John Does Nos. 1-40. <br><br> Defendants. | No. 1:24-cv-00087 (MR/WCM) |

**PLAINTIFFS' MOTION TO CERTIFY CONTROLLING QUESTIONS OF LAW FOR**
**<u>INTERLOCUTORY REVIEW UNDER 28 U.S.C. § 1292(b)</u>**

Plaintiffs Shelley Bridges, Lisa Blakemore, and Teresa Lukaszewicz ("Plaintiffs") respectfully move the Court to certify for interlocutory review under 28 U.S.C. § 1292(b) the Court's December 10, 2025 Memorandum of Decision and Order granting Defendants' Motion to Compel Arbitration and staying proceedings

("Order," ECF No. 30) as to two controlling, pure questions of law that the Order decided:

1. Whether the "prospective waiver" doctrine applies to prospective waivers of state statutory rights, not only federal statutory rights; and

2. Whether arbitration provisions that preclude the application of state usury law and are limited to "applicable federal law" waive federal RICO claims.

These are controlling and purely legal questions; there is substantial ground for difference of opinion; and immediate appeal will materially advance the termination of this litigation. Plaintiffs respectfully request that the Court certify its Order for interlocutory appeal under 28 U.S.C. § 1292(b) on the two questions set forth above and grant such further relief as is just and proper.

Plaintiffs certify that on December 17, 2025, Plaintiffs' Counsel conferred with Defendants' Counsel via email, and Defendants do not consent to this Motion.

Date: December 19, 2025

Respectfully submitted,

/s/ John G. Albanese
John G. Albanese*
E. Michelle Drake*
Marika K. O'Connor Grant*
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
T. 612-594-5999
F. 612-584-4470
emdrake@bergermontague.com
jalbanese@bergermontague.com

moconnorgrant@bergermontague.com

Jeffrey Osterwise, Bar No. 39272
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
T. 215-875-3000
F. 215-875-4604
josterwise@bergermontague.com

Kristi C. Kelly*
Andrew Guzzo*
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
T. 703-424-7570
kkelly@kellyguzzo.com
aguzzo@kellyguzzo.com

*admitted pro hac vice*

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was electronically filed with the Court's CM/ECF system and thereby served upon all counsel of record.

Date: December 19, 2025  /s/John G. Albanese
John G. Albanese, *pro hac vice*